*E-FILED - 7/6/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SIMMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION, et al.,<br><br>　　　　Defendants. | No. C 09-1353 RMW (PR)<br><br>JUDGMENT |

   The court has dismissed the instant complaint for failure to state a claim. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

   IT IS SO ORDERED.

DATED: 7/2/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Simms353jud.wpd          1